■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBERT WILSON, JR., Appellant. [915 NYS2d 882]—Appeal from a judgment of the Wayne County Court (Stephen R. Sirkin, J.), rendered May 15, 2009. The judgment convicted defendant, upon his plea of guilty, of course of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Lindley, Green and Martoche, JJ.